DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

RAMON VENEGAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D23-10

————————————————

November 8, 2023

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Ramon Venegas, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

SLEET, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.